UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA RICE and KELLY RICE and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-01519-KJM-KJN<br><br><br><br>**ORDER** |

This matter is before the Court on the parties' stipulation. After consideration of the stipulation and for good cause shown, the Court hereby GRANTS the stipulation and ORDERS as following:

1. Plaintiffs shall file their First Amended Complaint by October 27, 2021.
2. Defendant shall file a responsive pleading by December 15, 2021.
3. If Defendant files a motion to dismiss, the court adopts the parties' proposed briefing schedule as follows:
   a. Plaintiffs shall file any opposition by January 28, 2022.
   b. Defendant shall file any reply by February 11, 2022.
   c. If necessary, the court shall hold a hearing on the motion on March 25, 2022 at 10:00 am.

**IT IS SO ORDERED.**

DATED:  October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE