UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA RICE and KELLY RICE and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. 2:21-cv-01519-KJM-KJN<br><br><br><br>ORDER |

This matter is before the Court on the parties' stipulation.  After consideration of the stipulation and for good cause shown, the Court hereby GRANTS the stipulation and ORDERS as follows:

1. The Status (Pretrial Scheduling) Conference currently set for January 13, 2022 at 2:30 p.m. is continued to March 25, 2022 at 10:00 a.m.
2. The parties shall submit, at least fourteen (14) days prior to the Status Conference, a Joint Status Report that includes the Rule 26(f) discovery plan, with all named parties participating in the preparation and completion of the report.

**IT IS SO ORDERED.**

DATED:  January 3, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE