John J. Nelson (SBN 317598)
**Milberg Coleman Bryson Phillips Grossman, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA RICE and KELLY RICE and all others similarly situated<br><br>                                  Plaintiffs,<br><br>    v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware corporation<br><br>                                  Defendant. | Case No: 2:21-cv-01519-KJM-KJN<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that John J. Nelson, formerly a member of Finkelstein & Krinsk LLP, respectfully moves the Court to withdraw as counsel for plaintiffs Tawanna Rice and Kelly Rice. David J. Harris of Finkelstein & Krinsk LLP continues to represent plaintiffs Tawanna Rice and Kelly Rice.

Dated: September 7, 2022                             Respectfully submitted,

*/s/ John J. Nelson*
John J. Nelson
**Milberg Coleman Bryson Phillips Grossman, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com