FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk (SBN 109234)
David J. Harris, Jr. (SBN 286204)
501 West Broadway, Suite 1260
San Diego, CA 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

Attorneys for Plaintiffs


THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
ANDREW M. KASABIAN, SBN 313210
  akasabian@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA RICE and KELLY RICE and all others similarly situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware corporation,<br><br>              Defendant. | CASE NO. 2:21-cv-01519-DAD-KJN<br><br>**JOINT MOTION FOR ADMINISTRATIVE RELIEF REGARDING SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE** |

By and through their undersigned counsel of record, Plaintiffs Tawanna Rice and Kelly Rice, and Defendant Kimberly-Clark Corporation hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint in this Court on August 24, 2021 (Dkt. No. 1);

WHEREAS, Plaintiffs filed a First Amended Complaint on October 27, 2021 (Dkt. No. 9);

WHEREAS, Defendant moved to dismiss the First Amended Complaint on December 15, 2021 (Dkt. 10);

WHEREAS, the Court granted in part Defendant's motion to dismiss with leave to amend on November 8, 2022 (Dkt. 24);

WHEREAS, the parties previously stipulated to, and the Court previously ordered (Dkt. 26), a pleading and briefing schedule in connection with Plaintiffs' potential second amended complaint and Defendant's corresponding motion to dismiss, if any;

WHEREAS, the parties continue to discuss and consider the claims, allegations and defenses at issue in this case, the potential for certain amendments to the First Amended Complaint, and their respective positions thereon;

WHEREAS, the parties reasonably believe that any future amended pleadings or briefing would benefit from their continued discussions and considerations of the issues to be potentially addressed therein, and that a reasonable extension of the current briefing schedule would facilitate their continuing discussion of the issues, without altering any other existing deadlines or aspects of the Court's schedule in this case;

NOW THEREFORE, the parties hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following schedule:

1. Plaintiffs shall file their Second Amended Complaint, if any, by February 21, 2023.
2. Defendant shall file a responsive pleading by March 31, 2023.
3. If Defendant files a motion to dismiss, Plaintiffs shall file any opposition by April 28, 2023.
4. If Defendant files a motion to dismiss, Defendant shall file any reply in support of the motion by May 19, 2023.

Dated: January 6, 2023

                        FINKELSTEIN & KRINSK LLP

                        By:    */s/ David J. Harris, Jr.*
                                    David J. Harris, Jr.

                Attorneys for Plaintiffs Tawanna Rice & Kelly Rice

THEANE EVANGELIS
TIMOTHY W. LOOSE
ANDREW M. KASABIAN
GIBSON, DUNN & CRUTCHER LLP

                        By:    */s/ Timothy W. Loose*
                                    Timothy W. Loose

                Attorneys for Defendant Kimberly-Clark Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWANNA RICE and KELLY RICE and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>KIMBERLY-CLARK CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-01519-DAD-KJN<br><br>**[PROPOSED] ORDER** |

This matter is before the Court on the parties' stipulation. After consideration of the stipulation and for good cause shown, the Court hereby GRANTS the stipulation and ORDERS as follows:

1. Plaintiffs shall file their Second Amended Complaint, if any, by February 21, 2023.
2. Defendant shall file a responsive pleading by March 31, 2023.
3. If Defendant files a motion to dismiss, Plaintiffs shall file any opposition by April 28, 2023.
4. If Defendant files a motion to dismiss, Defendant shall file any reply in support of the motion by May 19, 2023.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DALE A. DROZD, JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT